

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00172-CR

**RONALD DARRIN COMBS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 39840CR

## O R D E R

Ronald Darrin Combs was convicted of aggravated assault. John Perkins, III was appointed counsel for Combs on appeal. We have now received a motion to substitute counsel requesting this Court to substitute Niles Illich for John Perkins, III as counsel for Combs. We are not able to substitute counsel for Combs. *See Enriquez v. State*, 999 S.W.2d 906, 908 (Tex.App. – Waco 1999, order). The trial court has the authority through the Code of Criminal Procedure to relieve Perkins of his duties and appoint new counsel for Combs's appeal. *Id*. Any substitution of counsel and the related costs to the county

should be determined by the trial court that appointed Perkins to Combs's criminal proceeding. *Id*.

Accordingly, we deny the motion to substitute counsel. Original counsel, John Perkins, III will remain lead counsel for Combs. Niles Illich has been added as additional counsel for Combs in this appeal.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed July 30, 2015

